### WERNEKE v. THE STATE.

LIQUOR LAW.—Information.—In an information, under the liquor law of 1873, for selling intoxicating liquor to a person in the habit of getting intoxicated, it was not necessary to allege that the defendant had notice of such habit.

From the Putnam Circuit Court.

*J. J. Smiley* and *W. G. Neff*, for appellant.

*C. A. Buskirk*, Attorney General, for the State.

WORDEN, J.—Information against the appellant for selling intoxicating liquor to a person (naming him) who was then and there in the habit of getting intoxicated. Conviction. The point made by the appellant is, that the information should have alleged that the appellant had notice that the person to whom the liquor was sold was in the habit of getting intoxicated. We are of opinion that such allegation was unnecessary.

The judgment below is affirmed, with costs.